## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Juana Marin-Angel,                                    Case No. 23-CV-3209 (JMB/LIB)

        Petitioner,

v.                                                                **ORDER ON REPORT AND**
                                                                 **RECOMMENDATION**

Michael Segal, *Warden*,

        Respondent.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois dated April 23, 2024. (Doc. No. 14.) The R&R recommends that Petitioner Juana Marin-Angel's Petition for Writ of Habeas Corpus (Doc. No. 1) be denied as moot. (*See* Doc. No. 14.) Marin-Angel did not file any objections to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 14) is ADOPTED;

2. Petitioner Juana Marin-Angel's Petition for a Writ of Habeas Corpus (Doc. No. 1) is DENIED AS MOOT; and

3. This matter is DISMISSED WITHOUT PREJUDICE.


LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 24, 2024                          /s/ Jeffrey M. Bryan
                                             Judge Jeffrey M. Bryan
                                             United States District Court